IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JOSHUA STURMAN,  CIVIL DIVISION

        Plaintiff,  Case No. 23-cv-10247

   v.

HIPR PACSOFT TECHNOLOGIES, INC.,
HUDSON, a Professional Corporation. t/d/b/a
Hudson Legal, BING-YU HSIEH a.k.a. Winston
LB Shay and VICTORIA CLAIRE CHEN a.k.a.
Pi-Hsueh Chen,

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Please take notice that the plaintiff hereby dismisses the complaint and this action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

*/s/ Michael J. Bruzzese*
Michael J. Bruzzese
Pa. I.D. No. 63306

220 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

(412) 281-8676

Counsel for the plaintiff

Dated:  March 16, 2023